JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **DREAMROOM PRODUCTIONS, INC.,** | Case No.: SACV 08-00596-CJC(JWJx) |
| **Plaintiff,** | |
| vs. | |
| | **PERMANENT INJUNCTION** |
| **HHSI, INC., KOJI BAN, TAKAHIRO INOUE, TOMOYA FURUSE, DYNAMIC WORK LTD., ENTAMECH, INC., SUAVEMENTE, INC., GENIUS TECH, GOOD CROSS ET AL.,** | |
| **Defendants.** | |

On February 17, 2011, the Court GRANTED Plaintiff Dreamroom Productions, Inc.'s application for entry of default judgment against Defendants Koji Ban, Takahiro Inoue, Tomoya Furuse, Dynamic Work, Ltd., Entametech, Inc., Suavemente, Inc., Genius Tech, and Good Cross (collectively "Defaulted Defendants").

IT IS HEREBY ORDERED that Defaulted Defendants and their officers, agents, servants, employees, and all those in active concert or participation with them, are permanently ENJOINED from the following activities:

1. Reproducing, copying, imitating, publishing, distributing, or making any other counterfeit distribution of or publicly displaying, on the Internet or otherwise, any of Plaintiff Dreamroom Productions, Inc.'s motion pictures or other works in which Dreamroom Productions, Inc. owns the copyrights ("Dreamroom's copyrighted works"); and

2. Manufacturing, assembling, producing, distributing, selling, advertising, or promoting any of Dreamroom's copyrighted works; and

3. Posting on the Internet or in any promotional or advertising material any photographs or video clips of any portion of any of Dreamroom's copyrighted works; and

4. Removing Dreamroom Productions, Inc.'s title, identifying information, and copyright notice with respect to any of Dreamroom's copyrighted works.

IT IS SO ORDERED.

DATED:    February 17, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE