**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| DREAMROOM PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HHSI, INC., a California corporation, et al.<br><br>Defendants.<br>_____ | **CASE NO. SACV 08-00596-CJC(JPRx)**<br><br>Assigned to: Hon. Cormac J. Carney<br><br>**JUDGMENT**<br><br>Trial Date: April 8, 2014 |

      Based upon the stipulation of plaintiff Dreamroom Productions, Inc. and defendants HHSI, Inc. and Koji Ban, it is ORDERED, ADJUDGED and DECREED that:

      1.    Plaintiff shall recover from defendants HHSI, Inc. and Koji Ban the amount of $20,400,000.00 with post-judgment interest along with costs. The amount of the judgment represents statutory damages of $75,000.00 for willful

{00185532 }

infringement of each of 272 Dreamroom copyrighted works. 17 U.S.C. § 504.

2. Defendant HHSI, Inc. and its officers, agents, servants, employees, and all those in active concert or participation with them, are permanently ENJOINED from the following activities:

    a) Reproducing, copying, imitating, publishing, distributing, or making any other counterfeit distribution of or publicly displaying, on the internet or otherwise, any of Plaintiff Dreamroom Productions, Inc.'s motion pictures or other works in which Dreamroom Productions, Inc. owns the copyrights ("Dreamroom's copyrighted works"); and

    b) Manufacturing, assembling, producing, distributing, selling, advertising, or promoting any of Dreamroom's copyrighted works; and

    c) Posting on the Internet or in any promotional or advertising material any photographs or video clips of any portion of any of Deramroom's copyrighted works; and

    d) Removing Dreamroom Productions, Inc.'s title, identifying information, and copyright notice with respect to any of Dreamroom's copyrighted works.

3. The permanent injunction entered on February 17, 2011 (Docket No. 159) against Ban and the other defendants shall remain in effect.

DATED: May 5, 2014

By: _____
    CORMAC J. CARNEY
    UNITED STATES DISTRICT JUDGE

{00185532 }